**DISMISS and Opinion Filed February 9, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00604-CV

**JEFFERY LEWIS AND ANETRIA ANDERSON, Appellants**
**V.**
**HAMPTON TERRACE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02254-B**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Partida-Kipness

Appellants' brief is past due. By post-card notice dated January 10, 2022, we directed appellants to file, within ten days, both their brief and extension motion that complies with Texas Rule of Appellate Procedure 10.5(b). *See* TEX. R. APP. P. 10.5(b). We cautioned appellants that failure to comply will result in dismissal of the appeal without further notice. *See id*. 38.8(a)(1). As of today's date, appellants have not complied or otherwise communicated with the Court. Accordingly, we dismiss the appeal for want of prosecution. *See id*.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

210604F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

JEFFERY LEWIS AND ANETRIA
ANDERSON, Appellants

No. 05-21-00604-CV      V.

HAMPTON TERRACE, Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-21-02254-
B.
Opinion delivered by Justice Partida-
Kipness. Justices Schenck and
Osborne participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 9, 2022